IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARSON DeWAYNE BOLDEN, JR.                                            PLAINTIFF

v.                              Case No: 3:22-cv-00202 BRW

PHIL REYNOLDS, *et al.*                                               DEFENDANTS

### ORDER

On August 31, 2022, United States Magistrate Judge Patricia Harris entered an order informing Mr. Bolden that he must file an amended complaint within 30 days.[1] Mr. Bolden was warned that his complaint may be dismissed if he did not file an amended complaint. Mr. Bolden filed a notice that his address had changed on September 7, 2022, and the Court's August 31 order was sent to him at his new address. It has been over 30 days since Mr. Bolden was directed to file an amended complaint, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[2]

IT IS SO ORDERED this 12th day of October, 2022.

                                                     BILLY ROY WILSON
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.

[2] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).