**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**


**CARSON DeWAYNE BOLDEN, JR.**                                    **PLAINTIFF**


**v.**                                    **Case No: 3:22-cv-00202 BRW**


**PHIL REYNOLDS,** *et al.*                                    **DEFENDANTS**


## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.

DATED this <u>12th</u> day of October, 2022.


                                        _____BILLY ROY WILSON_____
                                        UNITED STATES DISTRICT JUDGE