## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                                    **PLAINTIFF**

**v.**                          **No: 3:22-cv-00202 BRW-PSH**

**PHIL REYNOLDS,** *et al.*                                       **DEFENDANTS**

## ORDER

Having reviewed and liberally construed Carson DeWayne Bolden's amended complaint (Doc. No. 16) for screening purposes,[1] it appears that service is appropriate with respect to his claims. Perry's amended complaint does not list Jailer Cody Mapkins, Jailer Sharon Castleberry, or Dr. Darrell Elkin as defendants. Accordingly, the Clerk of Court is directed to remove Mapkins, Castleberry, and Dr. Elkin as defendants on the docket for this case.

The Clerk of the Court shall prepare summonses for defendants Sheriff Phil Reynolds, Chief Jail Administrator Jim Dunham, Jailer Felicity Beal, and Jailer Ricky Snellgrove. The United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 16), and a summons on each defendant without

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

prepayment of fees and costs or security therefor.  Service on defendants should be

attempted through the Woodruff County Sheriff's Office.[2]

IT IS SO ORDERED this 22nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If the defendant is no longer a County employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

2