IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                           **PLAINTIFF**

v.                    No: 3:22-cv-00202 BRW-PSH

**PHIL REYNOLDS,** *et al.*                              **DEFENDANTS**

## ORDER

Plaintiff Carson DeWayne Bolden, Jr. has filed a motion to subpoena certain video footage and for copies of certain pleadings (Doc. No. 51).  The motion is DENIED IN PART.  Bolden's request for a subpoena is denied because he should be able to obtain this video from the defendants through discovery.  The defendants are directed to preserve the video identified by Bolden, if such video exists.

Bolden also seeks a copy of his original and amended complaints (Doc. Nos. 2 & 16).  That request is granted.  The Clerk of Court is directed to mail Bolden copies of Doc. Nos. 2 and 16.

IT IS SO ORDERED this 26th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE