IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                                                   **PLAINTIFF**

v.                           No: 3:22-cv-00202 BRW-PSH

**PHIL REYNOLDS,** *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is a motion by Plaintiff Carson DeWayne Bolden, Jr. ("Plaintiff") to appoint counsel (Doc. No. 50). Plaintiff claims he has suffered a head injury and is suffering from memory loss. He has not produced any evidence to support his allegation, and has not explained how his injury affects his ability to prosecute this case. His motion to appoint counsel is therefore DENIED without prejudice. If Plaintiff believes he is unable to prosecute his case because of a head injury, he should provide documentation of such injury with another motion and explain how it prevents him from pursuing this case without counsel.

Also before the Court is Plaintiff's motion for a status update (Doc. No. 56). This motion is GRANTED. The Clerk of Court is directed to mail Plaintiff a copy of the docket sheet for this case.

Finally, Plaintiff has filed a motion asking the Court to subpoena certain documents (Doc. No. 57). This motion is DENIED. The information he seeks

should have been sought in discovery. And as the Court has previously explained to Plaintiff, *see* Doc. No. 54, discovery requests are not to be filed with the Court – but, instead, should be sent directly to opposing counsel, along with a certificate of service. *See* Fed. R. Civ. P. 5(d). The Court also notes that the deadline for discovery in this case has already passed. *See* Doc. No. 43.

    IT IS SO ORDERED this 7th day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE