## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                                    **PLAINTIFF**

**v.**                         **No: 3:22-cv-00202 BRW-PSH**

**PHIL REYNOLDS,** *et al.*                                       **DEFENDANTS**

## ORDER

      Before the Court is a second motion by Plaintiff Carson DeWayne Bolden, Jr. ("Plaintiff") to appoint counsel (Doc. No. 64). Plaintiff claims he needs assistance locating witnesses and obtaining their testimony. He also maintains he will not be allowed to watch certain video evidence while incarcerated. His motion to appoint counsel is DENIED without prejudice for the same reasons previously described in the Court's last order denying appointment of counsel. *See* Doc. No. 58. If Plaintiff needs assistance obtaining witness declarations, he must provide more information, such as the names and addresses of those witnesses and a description of why their testimony is relevant to his clams in this case. Additionally, arrangements can be made by opposing counsel to allow Plaintiff to watch any relevant video evidence where he is currently incarcerated.

      Also before the Court are three motions to compel filed by Plaintiff (Doc. Nos. 65-67). Before filing a motion to compel discovery, a plaintiff must attempt to

confer with the defendants in good faith to resolve the specific issues in dispute.  *See* Fed. R. Civ. P. 37(a)(1), (4); Local Rule 7.2(g).  Because Plaintiff does not allege that he has made any effort to confer with the defendants in good faith before filing his motions, his motions are DENIED.

IT IS SO ORDERED this 4th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE