IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                                     **PLAINTIFF**

v.                              No: 3:22-cv-00202 BRW-PSH

**PHIL REYNOLDS,** *et al.*                                           **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 70). No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Bolden's motion for summary judgment (Doc. No. 68) is denied.

IT IS SO ORDERED this 28th day March, 2024.

　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE