IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                                                                 **PLAINTIFF**

v.                              Case No: 3:22-cv-00202 BRW-PSH

**PHIL REYNOLDS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Mail sent to Plaintiff Carson DeWayne Bolden, Jr. at his address-of-record[1] was returned to the Court and Defendants' counsel as "undeliverable" because Mr. Bolden was no longer living at the address he provided.[2] On May 10, 2024, United States Magistrate Judge Patricia Harris entered an order informing Mr. Bolden that the mail could not be delivered to him at the address he provided and warning him that this case would be dismissed without prejudice if he failed to update his address within 30 days.[3] It has been over 30 days since Mr. Bolden was directed to update his address, and he has not done so. His mail continues to be returned as undeliverable.[4] Accordingly, this case is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[5] All pending motions are denied as moot.[6]

---

[1] Doc. No. 85.

[2] Doc. No. 96 & 98-2.

[3] Doc. No. 99.

[4] Doc. No. 100.

[5] *See also Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

[6] Doc. Nos. 83 & 93.

IT IS SO ORDERED this 14th day of June, 2024.

                                                                              BILLY ROY WILSON  
                                                                           UNITED STATES DISTRICT JUDGE