IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARSON DeWAYNE BOLDEN, JR.**                                             **PLAINTIFF**

v.                               Case No: 3:22-cv-00202 BRW-PSH

**PHIL REYNOLDS,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED ORDERED this 14th day of June, 2024.

                                                                                              BILLY ROY WILSON
                                                                     UNITED STATES DISTRICT JUDGE